UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:    18-18577
Kevin L Mitchell, Sr.  )
 )
 )  Chapter:  13
 )
 )  Honorable Jacqueline Cox
 )
Debtor(s)  )

## ORDER MODIFYING PLAN

To add to the Chapter 13 Plan, Part 8, Nonstandard Plan Provisions, section 8.1 to add the following:

1. The Chapter 13 plan payments will decrease from $455 to $395 per month commencing with the November 2018 plan payment until the end of the plan.

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: NOV 19 2018

**Prepared by:**
David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20170105_bko